UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-13237 |
| ) | |
| SUZANNE BUMP, individually and in ) | |
| her capacity as State Auditor, and the ) | |
| OFFICE OF THE STATE AUDITOR, ) | |
| ) | |
| Defendants. ) | |

**ASSENTED-TO MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL**

Plaintiff Laura Marlin respectfully requests that the Court extend the settlement order of dismissal currently in place in this matter by 30 days. See ECF No. 17. As grounds for this request, Ms. Marlin states as follows:

1. The parties have entered into a settlement agreement. Per the terms of that agreement, Ms. Marlin is to receive a payment that must be issued by the Massachusetts Office of the Comptroller.

2. The Office of the Comptroller has not yet issued payment. The parties have been informed that it will likely do so by the end of April 2015. That date falls outside the 60-day period called for by the current settlement order of dismissal.

3. Since the parties' settlement agreement is contingent upon Ms. Marlin's receipt of her payment, she respectfully requests that the Court extend its settlement order of dismissal by an additional 30 days.

4. Ms. Marlin's counsel has conferred with counsel for Defendants on this matter. They have stated that they assent to the requested 30-day extension.

1

Accordingly, for the reasons set forth here, Plaintiff respectfully requests that the Court extend its 60-day settlement order of dismissal by additional 30 days.

>Respectfully submitted,
>LAURA MARLIN,
>
>By her attorneys,
>
>  /s/ Brant Casavant
>Hillary Schwab, BBO #666029
>Brant Casavant, BBO #672614
>FAIR WORK P.C.
>192 South Street, Suite 450
>Boston, MA 02111
>Tel.   (617) 607-3260
>Fax.   (617) 488-2261
>hillary@fairworklaw.com
>brant@fairworklaw.com
>
>**Dated:**  April 6, 2015

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the defendants regarding this motion and the relief requested herein on April 2, 2015.  Defendants have stated that they assent.

>  /s/ Brant Casavant
>Brant Casavant

## CERTIFICATE OF SERVICE

I certify that a true copy of this document will be served on April 6, 2015, on counsel for all parties through the Court's ECF System.

>  /s/ Brant Casavant
>Brant Casavant