UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MARLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUZANNE BUMP, individually and in her capacity as State Auditor, and the OFFICE OF THE STATE AUDITOR,<br><br>　　　　Defendants. | Civil Action No.<br>1:14-cv-13237-LTS |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims and counterclaims that were or could have been asserted in this action be dismissed with prejudice and without costs and with each party to bear its own attorneys' fees.  Both parties waive all rights of appeal.

| PLAINTIFF LAURA MARLIN,<br><br>By her attorneys,<br><br> /s/ Hillary Schwab  <br>Hillary Schwab, BBO #666029<br>　hillary@fairworklaw.com<br>Brant Casavant, BBO #672614<br>　brant@fairworklaw.com<br>FAIR WORK P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>(617) 607-3260 | DEFENDANTS SUZANNE BUMP, Individually and In Her Capacity As State Auditor, AND THE OFFICE OF THE STATE AUDITOR,<br><br>By Their Attorneys,<br><br> /s/ Tobias Crawford  <br>John T. Graff (BBO# 664825)<br>　jgraff@hrwlawyers.com<br>Tobias W. Crawford (BBO#678621)<br>　tcrawford@hrwlawyers.com<br>HIRSCH ROBERTS WEINSTEIN LLP<br>24 Federal Street, 12th Floor<br>Boston, MA  02110<br>617-348-4300 |

Dated:  May 12, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2015, this document was served by electronic filing on all counsel of record.

                                                     _/s/ Tobias Crawford_____
                                                     Tobias Crawford, Esq.